IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD CHARLES WRIGHT                                                          PETITIONER
ADC #83302

vs.                              Case No. 5:10CV00159-JMM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                              RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to Respondent's arguments in his Response that the petition should be denied because it is time barred, subject to procedural default, or otherwise contains non-cognizable claims. (Doc. No. 6) Petitioner may reply to any other argument in the Response.

IT SO ORDERED this 15th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE